UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID LAMPRON and BONNIE LAMPRON,<br><br>                Plaintiffs,<br><br>v.<br><br>SAINT-GOBAIN PERFORMANCE PLASTICS CORP., HONEYWELL INTERNATIONAL INC. f/k/a ALLIED-SIGNAL INC. and/or ALLIEDSIGNAL LAMINATE SYSTEMS, INC., E.I. DUPONT DE NEMOURS AND COMPANY and 3M CO.,<br><br>                Defendants. | **Civ. No. 1:19-cv-79 (LEK/DJS)**<br><br>**STIPULATION OF DISMISSAL AND PROPOSED ORDER OF DISMISSAL** |

    Plaintiffs hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 14, 2020
       Rochester, New York

                          **FARACI LANGE, LLP**

                          /s/ Stephen G. Schwarz
                          By:  Stephen G. Schwarz
                          Hadley L. Matarazzo
                          28 East Main Street, Suite 1100
                          Rochester, NY 14614
                          Telephone:  (518) 325-5150
                          Facsimile:  (518) 325-3285
                          sschwarz@faraci.com
                          hmatarazzo@faraci.com

                          **WILLIAMS CEDAR, LLC**
                          Gerald J. Williams
                          1515 Market Street, Suite 1300
                          Philadelphia, PA 19102

Telephone: (215) 557-0099
Facsimile: (215) 557-0673
gwilliams@williamscedar.com

**CHAFFIN LUHANA LLP**
Eric Chaffin
Roopal P. Luhana
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (888) 480-1123
Facsimile: (888) 317-2311
chaffin@chaffinluhana.com
luhana@chaffinluhana.com

**MOTLEY RICE LLC**
Esther E. Berezofsky
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 667-0500
Facsimile: (856) 667-5133
eberezofsky@motley.rice.com

**CUKER LAW FIRM, LLC**
Mark R. Cuker
2005 Market Street, Suite 1120
Philadelphia, PA 19103
Telephone: (215) 531-8522
mark@cukerlaw.com

*Attorneys for Plaintiffs*

**DECHERT LLP**

*/s/ Douglas E. Fleming*

Sheila L. Birnbaum
Mark S. Cheffo
Douglas E. Fleming, III
Lincoln Davis Wilson
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com

douglas.fleming@dechert.com
lincoln.wilson@dechert.com

**HINCKLEY ALLEN**
Michael Koenig
Christopher Fenlon
30 S. Pearl Street, Suite 901
Albany, NY 12207
Telephone: (518) 396-3100
Facsimile: (518) 396-3101
mkoenig@hinckleyallen.com
cfenlon@hinckleyallen.com

*Attorneys for Defendant,*
*Saint-Gobain Performance Plastics, Corp.*

**ARNOLD & PORTER KAY SCHOLER LLP**

*/s/ Michael D. Daneker*

Michael D. Daneker
Elissa J. Preheim
Allyson Himelfarb
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Michael.Daneker@arnoldporter.com
Elissa.Preheim@arnoldporter.com
Allyson.Himelfarb@arnoldporter.com

**ALLEN & DESNOYERS LLP**
Dale Desnoyers
90 State Street, Suite 1009
Albany, NY 12207
Telephone: (518) 426-2288
Facsimile: (518) 426-2299
dale@allendesnoyers.com

*Attorneys for Defendant,*
*Honeywell International Inc.*
*f/k/a Allied-Signal Inc. and/or*
*AlliedSignal Laminate Systems, Inc.*

SQUIRE PATTON BOGGS (US) LLP

Stephanie E. Niehaus
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
stephanie.niehaus@squirepb.com

SHOOK, HARDY & BACON, L.L.P.
Andrew D. Carpenter
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
acarpenter@shb.com

*Attorneys for Defendant,*
*E.I. DuPont de Nemours and Company*

MAYER BROWN LLP


Andrew J. Calica
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
acalica@mayerbrown.com

*Attorneys for 3M Co.*

SQUIRE PATTON BOGGS (US) LLP

Stephanie E. Niehaus
30 Rockefeller Plaza, 23rd Floor
New York, NY 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815
stephanie.niehaus@squirepb.com

SHOOK, HARDY & BACON, L.L.P.
Andrew D. Carpenter
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
acarpenter@shb.com

*Attorneys for Defendant,*
*E.I. DuPont de Nemours and Company*

MAYER BROWN LLP

_____
Andrew J. Calica
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 506-2500
acalica@mayerbrown.com

*Attorneys for 3M Co.*

**Order of Dismissal**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: __January 15th__, 2020

Lawrence E. Kahn
Senior U.S. District Judge